FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000615
29-NOV-2012
02:58 PM**

NO. CAAP-12-0000615

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


EDMUND M. ABORDO, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 93-0737)

_____

CEDRIC AH SING, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 56581)


ORDER DENYING NOVEMBER 23, 2012 HRAP RULE 40
MOTION FOR RECONSIDERATION OF NOVEMBER 14, 2012
ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of (1) the November 14, 2012 order dismissing Petitioners-Appellants Edmund M. Abordo's (Appellant Abordo) and Cedric Ah Sing's (Appellant Ah Sing) appeal in appellate court case number CAAP-12-0000615 for lack of jurisdiction, (2) Appellant Ah Sing's November 23, 2012 "Ex Parte Motion To Inform This Court Of Prohibition In Separation Of Petitioner-Appellant Cedric Ah Sing From Petitioner-Appellant Edmund M. Abordo for Legal Reasons[,]" which we deem to be a motion for reconsideration of the November 14, 2012 dismissal

order pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP), and (3) the record, it appears that we did not overlook or misapprehend any points of law or fact when we entered the November 14, 2012 dismissal order. Therefore,

IT IS HEREBY ORDERED that Appellant Ah Sing's November 23, 2012 HRAP Rule 40 motion for reconsideration of the November 14, 2012 dismissal order is denied.

DATED: Honolulu, Hawai'i, November 29, 2012.

Presiding Judge

Associate Judge

Associate Judge

2